

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Rachel V. Stevens
rachel.stevens@dlapiper.com
T  212.335.4552
F  212.884.8652

September 18, 2018

*Via ECF*

The Honorable Katherine Polk Failla
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 100007

Re:     ***Zimmerman, et al., v. Al Jazeera America, LLC, et al***, Case No. 18-mc-428 (S.D.N.Y.)

      **Related Underlying Actions: *Zimmerman, et al., v. Al Jazeera America, LLC, et al*,
      Case Nos. 16-cv-00013 & 16-cv-00014 (KBJ) (RMM) (D.D.C.)**

Dear Judge Polk Failla:

      On behalf of Al Jazeera America, LLC, Al Jazeera Media Network, Al Jazeera
International (USA) LLC, and Deborah Davies (collectively, the "Al Jazeera Respondents"),
we hereby consent to transferring to the U.S. District Court for the District of Columbia for
resolution the motion to quash the subpoena *duces tecum* served on non-party Verizon
Communication Inc., Cellco Partnership, Inc., d/b/a Verizon Wireless, which motion was filed
by Ryan Howard and Ryan Zimmerman (collectively, the "Petitioners").  The Al Jazeera
Respondents consent to transferring this motion for the reasons stated in the Petitioners' opening
memorandum of law.

      In the event that this motion is not transferred for any reason, the Al Jazeera Petitioners
respectfully request a seven-day extension of the deadline to file their opposition papers.[1]

      Thank you for your time and attention to this matter.

---

[1] If this motion is transferred, the Al Jazeera Petitioners intend to file their opposition papers in
accordance with the local rules for the U.S. District Court for the District of Columbia.



September 18, 2018
Page Two

Respectfully yours,

Rachel V. Stevens

cc:   William A. Burck, Esq.
      Scott E. Lerner, Esq.
      Robert L. Raskopf. Esq.
      Kevin S. Reed, Esq.
      Ellyde R. Thompson, Esq.
      Alicia Shelton, Esq.